IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CHADDRICK CLARK**                                                                                    **PLAINTIFF**

**V.**                             **CASE NO. 3:19-CV-210-BSM-BD**

**BECKY HITTS,** *et al.*                                                                         **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I**.     **Procedure for Filing Objections:**

This Recommended Disposition (Recommendation) has been sent to Judge Brian S. Miller. Mr. Clark may file written objections to this Recommendation if he disagrees with its findings or conclusion. If objections are filed, they should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be received in the office of the Court Clerk within 14 days of this Recommendation. If no objections are filed, Judge Miller can adopt this Recommendation without independently reviewing the record. By not objecting, Mr. Clark may waive any right to appeal questions of fact.

**II.**     **Discussion:**

Montrell Hillard filed this civil rights lawsuit without the help of a lawyer on behalf of himself, Chaddrick Clark, and Ronnie Nixon. Each individual was provided an opportunity to litigate his claims in a separate lawsuit. (Docket entry #1) Because Mr. Clark did not file a complete *in forma pauperis* (IFP) application or pay the filing fee, the Court ordered him to do one or the other within thirty days of July 30, 2019. (#2) In the

July 30 Order, the Court specifically cautioned Mr. Clark that his claims could be dismissed, without prejudice, if he failed to satisfy the filing fee requirement. (#2)

As of this date, Mr. Clark has neither filed an updated IFP application nor paid the filing fee, as ordered. The time to do so has expired.

### III.   Conclusion:

The Court recommends that Mr. Clark's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's July 30, 2019 Order and his failure to prosecute this lawsuit.

DATED this 3rd day of September, 2019.

_____
UNITED STATES MAGISTRATE JUDGE