# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

CHADDRICK CLARK                                            PLAINTIFF

v.                      CASE NO. 3:19-CV-00210 BSM

BECKY HITTS, et al.                                     DEFENDANTS

## ORDER

After careful review of the record, United States Magistrate Judge Beth Deere's partial recommended disposition [Doc. No. 3] is adopted, and Clark's claims are dismissed without prejudice.

IT IS SO ORDERED this 25th day of September 2019.

                                                             /s/ Brian S. Miller
                                                      UNITED STATES DISTRICT JUDGE