IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CHADDRICK CLARK**                                                                                              **PLAINTIFF**

**v.**                  **CASE NO. 3:19-CV-00210 BSM**

**BECKY HITTS, et al.**                                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 25th day of September 2019.

_____
UNITED STATES DISTRICT JUDGE